IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bass, Aleatha

Printed: 10/23/07

Case Number: 07 B 11065
Judge: Squires, John H
Filed: 6/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion: October 16, 2007
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                  | Receipts | Disbursements |
|------------------|---------:|--------------:|
|                  | 580.00   |               |
| Secured:         |          | 548.68        |
| Unsecured:       |          | 0.00          |
| Priority:        |          | 0.00          |
| Administrative:  |          | 0.00          |
| Trustee Fee:     |          | 31.32         |
| Other Funds:     |          | 0.00          |
| Totals:          | 580.00   | 580.00        |

## DISBURSEMENT DETAIL

|     | Creditor Name | Type | Repayment | Paid to Date |
|-----|---------------|------|----------:|-------------:|
| 1.  | Bennie W Fernandez | Administrative | 2,873.00 | 0.00 |
| 2.  | Americredit Financial Ser Inc | Secured | 14,954.17 | 548.68 |
| 3.  | Chase Home Mortgage | Secured | 22,500.00 | 0.00 |
| 4.  | Commonwealth Edison | Unsecured | 34.46 | 0.00 |
| 5.  | U.S. Department Of Education | Unsecured | 4,056.62 | 0.00 |
| 6.  | B-Real LLC | Unsecured | 48.83 | 0.00 |
| 7.  | Jefferson Capital Systems LLC | Unsecured | 30.75 | 0.00 |
| 8.  | ECast Settlement Corp | Unsecured | 73.42 | 0.00 |
| 9.  | ECast Settlement Corp | Unsecured | 26.68 | 0.00 |
| 10. | Capital One | Unsecured | 46.73 | 0.00 |
| 11. | Citibank | Unsecured |  | No Claim Filed |
| 12. | Citibank | Unsecured |  | No Claim Filed |
| 13. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 14. | Card Protection Association | Unsecured |  | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 18. | Nicor Gas | Unsecured |  | No Claim Filed |
| 19. | Washml/Prov | Unsecured |  | No Claim Filed |
| 20. | Superior Mgt. | Unsecured |  | No Claim Filed |
| 21. | USA Funds | Unsecured |  | No Claim Filed |
| 22. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 23. | USA Funds | Unsecured |  | No Claim Filed |
| 24. | SST CARD SERVICE | Unsecured |  | No Claim Filed |
| 25. | Midland Finance Company/CPS | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bass, Aleatha | Case Number: 07 B 11065 |
|---|---|
| | Judge: Squires, John H |
| Printed: 10/23/07 | Filed: 6/20/07 |

| | | | | |
|---|---|---|---|---|
| 26. | USA Funds | Unsecured | | No Claim Filed |
| 27. | Citibank | Unsecured | | No Claim Filed |
| 28. | Citibank | Unsecured | | No Claim Filed |
| 29. | Citibank | Unsecured | | No Claim Filed |
| 30. | Clark County Collection | Unsecured | | No Claim Filed |

$ 44,644.66      $ 548.68

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 31.32 |
| | $ 31.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)